IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS FRANCIS YOUNG and
CONNIE ANGELINA YOUNG,

    Appellants,

v.  Civ. No. 23-17 WJ/KRS

DANIEL A. WHITE, Chapter 7 Trustee,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
ALES NETTEY, and BK ENTERPRISES,

    Appellees.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Bankruptcy Clerk's Notice of Inability to Transmit Record on Appeal, (Doc. 3), filed January 30, 2023. Appellants Thomas Young and Connie Young filed this bankruptcy appeal on January 9, 2023. (Doc. 1). Pursuant to Fed. R. Bankr. P. 8009, appellants must file a designation of the items to be included in the record and a statement of the issues to be presented within 14 days after the notice of appeal becomes effective. Fed. R. Bankr. P. 8009(a)(1)(A)-(B) ("The appellant must file with the bankruptcy clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented."). The Bankruptcy Clerk states in the Notice of Inability to Transmit Record on Appeal that appellants failed to file the designation of items to be included in the record on appeal and the statement of issues to be presented. (Doc. 3).

IT IS THEREFORE ORDERED that **by March 22, 2023** appellants shall submit the designation of items to be included in the record on appeal and statement of the issues as required by Fed. R. Bankr. P. 8009, or provide the Court with a written explanation showing

good cause why they have failed to do so.  Failure to respond to this Order may result in the dismissal of this bankruptcy appeal without further notice.

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE