IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In re:

**THOMAS FRANCIS YOUNG and**
**CONNIE ANGELINA YOUNG,**

      Debtors,

                                                    Bankruptcy No. 20-11844-t7

---

**THOMAS FRANCIS YOUNG and**
**CONNIE ANGELINA YOUNG,**

      Appellants,

v.                                          No. 1:23-cv-0017 WJ/DLM

**YVETTE GONZALES, Chapter 7 Trustee,**
**DEUTSCHE BANK TRUST COMPANY AMERICAS,**
**ALEX NETTY, and BK ENTERPRISES,**

      Appellees.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On July 17, 2023, United States Magistrate Judge Damian L. Martinez filed a Proposed Findings and Recommended Disposition (PFRD) recommending that the Court grant the Chapter 7 Trustee's Motion to Dismiss Appeal as Moot and in the Alternative, Dismiss Improper Parties. (Doc. 27.) The PFRD notified the parties of their ability to file objections no later than 14 days after the filing of the PFRD (in other words, July 31, 2023), and that failure to do so waived appellate review. (*Id.* at 2. ) As no party filed objections within the time allowed, the Court concludes that appellate review has been waived.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's PFRD is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Chapter 7 Trustee's Motion to Dismiss Appeal as Moot and in the Alternative, Dismiss Improper Parties (Doc. 27) is **GRANTED**;

**IT IS FURTHER ORDERED** that this appeal is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

_____
WILLIAM P. JOHNSON
CHIEF U.S. DISTRICT JUDGE